**VACATE JUDGMENT AND DISMISS and Opinion Filed April 13, 2023**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

## No. 05-22-01258-CV
_____

**EMILY EISENHAUER FRELING, Appellant**

**V.**

**FRIEDMAN & FEIGER LLP AND JACKSON SPENCER LAW PLLC,**
**Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06484**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

Before the Court is appellant's motion to dismiss the appeal pursuant to the parties' settlement agreement. In accordance with the parties' agreement and without regard to the merits, we vacate the trial court's October 28, 2022 order and dismiss the case with prejudice. TEX. R. APP. P. 43.2(e).


/Ken Molberg/
_____
KEN MOLBERG
JUSTICE

221258F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EMILY EISENHAUER FRELING,
Appellant

No. 05-22-01258-CV          V.

FRIEDMAN & FEIGER LLP AND
JACKSON SPENCER LAW PLLC,
Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06484.
Opinion delivered by Justice Molberg.
Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's October 28, 2022 order and **DISMISS** the case with prejudice.

Subject to any agreement between the parties, we **ORDER** appellees FRIEDMAN & FEIGER LLP AND JACKSON SPENCER LAW PLLC recover their costs of this appeal from appellant EMILY EISENHAUER FRELING.

Judgment entered April 13, 2023